# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148526 & (112)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

DWAIN ALLEN CARROLL,
            Defendant-Appellant.

SC:  148526
COA:  308229
Monroe CC:  11-038798-FC

_____/

      On order of the Court, the motion for permission to file pro per supplemental application for leave to appeal is GRANTED.  The application for leave to appeal the November 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0917

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



Clerk